IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SARAH UNDERWOOD                                                       PLAINTIFF

v.                                          CIVIL ACTION No. 1:18-cv-00024-HSO-JCG

MISSISSIPPI DEPARTMENT OF
CORRECTIONS and PELICIA HALL                            DEFENDANTS

## NOTICE OF APPEARANCE

Please take notice that Kyle Malone hereby enters his appearance in this cause as counsel of record for the following Defendants: Mississippi Department of Rehabilitation Services.

All future e-filings, pleadings, and correspondence should include Bethany Johnson as counsel for this Defendant at the address noted below.

        Kyle Malone, Esq.
        Special Assistant Attorney General - Civil
        Post Office Box 220
        Jackson, Mississippi 39205
        E-mail: Kyle.Malone@ago.ms.gov

DATE: May 24th, 2021

                                      MISSISSIPPI DEPARTMENT OF
                                      CORRECTIONS AND NATHAN "BURL"
                                      CAIN, *Defendants*

                                      LYNN FITCH
                                      Attorney General of Mississippi

                                      */s/ Kyle Malone*
                                      Special Assistant Attorney General
                                      Mississippi Bar No. 105961
                                      P.O. Box 220
                                      Jackson, Mississippi 39205-0220

Telephone: (601) 359-4271
E-mail: Kyle.Malone@ago.ms.gov

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system, and that I have this day caused to be mailed, via United States Postal Service, first class postage prepaid, a true and correct copy of the foregoing document in the above-styled and numbered cause to the following:

> Joel F. Dillard
> JOEL F. DILLARD, PA
> 775 North Congress Street
> Jackson, MS 39202

This, the 24th day of May, 2021.

*/s/ Kyle Malone*