IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| SARAH UNDERWOOD | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:18cv24-HSO-JCG |
| | § | |
| MISSISSIPPI DEPARTMENT OF | § | DEFENDANTS |
| CORRECTIONS and BURL CAIN | § | |
| | § | |

## FINAL JUDGMENT

The claims of Plaintiff Sarah Underwood against Defendants Mississippi Department of Corrections and Burl Cain in his official capacity came on for trial before the Court and a jury on the 14th day of June, 2021, and concluded on the 17th day of June, 2021, Honorable Halil Suleyman Ozerden, United States District Judge, presiding. The issues having been duly tried, and having heard all of the evidence and argument of counsel and receiving instructions of the Court, including a Special Verdict Form, the jury retired to consider the verdict.

The jury returned upon their oaths, into open Court, a unanimous verdict, finding in favor of Plaintiff against Defendant Mississippi Department of Corrections. The jury awarded Plaintiff $750,000.00 in noneconomic damages. However, the Court must apply the statutory cap on noneconomic damages in Title VII cases, as set forth in 42 U.S.C. § 1981a(b)(3)(D), and as such Plaintiff's damages must be reduced to $300,000.00. *See, e.g.*, *Salinas v. O'Neill*, 286 F.3d 827, 829 (5th Cir. 2002) (noting that the district court reduced a plaintiff's compensatory damages award of $1 million to $300,000.00 in accordance with § 1981a(b)(3)(D)'s statutory

cap before denying the government's motion for remittitur); *Vadie v. Mississippi State Univ.*, 218 F.3d 365, 370 (5th Cir. 2000) (noting that the district court reduced a plaintiff's compensatory damages award of $350,000.00 to $300,000.00 in accordance with § 1981a(b)(3)(D)'s statutory cap); *Dufresne v. J.D. Fields & Co., Inc.*, 66 F. App'x 525, 2003 WL 21017386, at *1 (5th Cir. 2003) (remanding for entry of judgment consistent with the applicable statutory cap under § 1981a(b)(3) where the plaintiff was awarded damages in excess of the statutory cap).

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that Plaintiff Sarah Underwood is awarded a judgment against Defendant Mississippi Department of Corrections in the amount of $300,000.00, plus post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Final Judgment until paid in full.

**SO ORDERED AND ADJUDGED**, this the 18th day of June, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE